### Boaz RAFAELI, Appellant,

v.

### Nancy BAUER, Respondent.

### No. ED 82020.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 23, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 24, 2003.

Application for Transfer Denied Jan. 27, 2004.

Boaz Rafaeli, Clayton, pro se.

Nelson B. Rich, St. Louis, for respondent.

Before GARY M. GAERTNER, SR., P.J., ROBERT J. DOWD, J. and MARY R. RUSSELL, J.

#### ORDER

PER CURIAM.

Appellant, Boaz Rafaeli, appeals the judgment of the Circuit Court of St. Louis

County dismissing his suit against respondent, Nancy Bauer. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).